# United States District Court
# Eastern District of California

Moises Ferreira Honorio Martins

Plaintiff(s)

V.

Christopher Chestnut et al.

Defendant(s)

Case Number: 1:26-cv-06475-VC (HC)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Ariella Katz Miller hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Moises Ferreira Honorio Martins

On 11/14/2023 (date), I was admitted to practice and presently in good standing in the Commonwealth of Massachusetts (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/17/2026 Signature of Applicant: /s/ Ariella Katz Miller

**Pro Hac Vice Attorney**

Applicant's Name: Ariella Katz Miller

Law Firm Name: Northeast Justice Center

Address: 181 Union St. suite 201B

City: Lynn State: MA Zip: 01901

Phone Number w/Area Code: (978) 683-2521

City and State of Residence: Cambridge, MA

Primary E-mail Address: akmiller@njc-ma.org

Secondary E-mail Address: ariellapkatz@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Carrie LeRoy

Law Firm Name: N/A

Address: 17774 Old Summit Rd

City: Los Gatos State: CA Zip: 95033

Phone Number w/Area Code: (650) 630-4379 Bar # SBN #209706

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 17, 2026

JUDGE, U.S. DISTRICT COURT